## HICKMAN v. LONG ISLAND INSURANCE COMPANY.

The effect of over valuation of a loss under a policy of insurance.

THIS was an insurance on the contents of a store, and the only point of contest was the amount of the loss, which, it was alleged by the company, was greatly exaggerated.

*Lott*, for defendant, insisted that if the loss was less than half the amount claimed, it, of itself, voided the insurance.

*Hudson, contra.*

*The Circuit Judge* charged the jury that if there was an over valuation, by mistake or inadvertence, they would find for such an amount of loss as had actually incurred, but if they were satisfied that such over valuation was knowingly done, and with a fraudulent intent, they would find for the defendants.